IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THELMA RODRIGUEZ,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>LIFE INVESTORS INSURANCE<br>COMPANY OF AMERICA, et al.,<br><br>　　　　Defendant(s). | 1: 05 CV 01196 REC DLB<br><br>ORDER OF TRANSFERRING and REASSIGNMENT<br>L. R. 3-120(d) |

　　　This action was originally filed in the California Superior Court, San Joaquin County. On September 20, 2005 Defendant filed a notice of removal to this Court. The parties agree that proper venue for this action lies in the Sacramento division of this Court pursuant to Local Rule 3-120(b).

　　　Accordingly IT IS HEREBY ORDERED that this action be transferred to the Sacramento division and randomly reassigned to a District Judge and Magistrate Judge sitting in that court.

　　　IT IS SO ORDERED.

　　**Dated:　January 5, 2006**　　　　　　**/s/ Dennis L. Beck**
　3b142a　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1